| Governm | ☑ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

**UNITED STATES OF AMERICA**

**VS.**

**MICHAEL SPARKS**

Civil/Criminal No.   **21-CR-87-TJK**

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **Stipulations** | | | | | |
| 1 | Factual Stipulations | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 2 | Authenticity Agreement | 2-29-2024 | | K. Hennessey | |
| **Capitol and Police Video Evidence** | | | | | |
| **100 Series** | **U.S. Capitol CCTV** | | | | |
| 101 | ST22 Exterior Northwest Stairs, 2:07-2:11 (0924) | 2-28-2024 | 2-28-2024 | A. Chow | |
| 102 | Exterior Northwest Stairs Angle 2, 2:00-2:11 (0925) | | | | |
| 102C | Exterior Northwest Stairs Angle 2, 2:00-2:11 (0925), with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 103 | Upper West Terrace, 2:10-2:13 | | | | |
| 103C | Upper West Terrace, 2:10-2:13, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 104 | Senate Wing Door, 2:00-2:30 (0102) | | | | |
| 104C | Senate Wing Door, 2:00-2:30 (0102), with Annotated Circle | 2-28-2024 | 2-28-2024 | V. Nichols | |
| 105 | North Door Appt Desk, 2:07-2:17 (0123) | | | | |
| 105C | North Door Appt Desk, 2:07-2:17 (0123), with Annotated Circle | 2-28-2024 | 2-28-2024 | E. Goodman | |
| 106 | Hall by S208, 2:10-2:20 (0961) | ↓ | ↓ | ↓ | |
| 107 | Ohio Clock near S230, 2:12-2:56 (Goodman/Romney) | 2-29-2024 | 2-29-2024 | E. Goodman | |
| 108 | Ohio Clock Corridor, 2:12-2:56 (0213) | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 108A | Ohio Clock Corridor -- Upper left corner | ↓ | ↓ | ↓ | |
| 108AC | Ohio Clock Corridor -- Upper left corner, with Annotated Circle | 2-28-2024 | 2-28-2024 | V. Nichols | |
| 108C | Ohio Clock Corridor, 2:12-2:56 (0213), with Annotated Circle | ↓ | ↓ | ↓ | |
| 109 | Hall by S208, 2:22-2:33 (0961) | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 110 | North Door Appt Desk, 2:22-2:33 (0123) | | | | |
| 111 | Senate Wing Door, 2:26-2:50 (0102) | 2-28-2024 | 2-28-2024 | M. Gazelle | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F.R I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO RY (date & time) |
|---|---|---|---|---|---|
| 112 | ST22 Exterior Northwest Stairs (0924), 1:53-1:54 | 2-28-2024 | 2-28-2024 | E. Goodman | |
| 120 | Senate Hallway - Pence & family evacuate, 2:25 pm | 2-28-2024 | 2-28-2024 | E. Glavey | |
| 121 | Lower West Plaza timelapse | | | | |
| 122 | USCP CCTV Montage (Capitol map version) | | | | |
| 123 | USCP CCTV Montage (with radio runs and subtitles) | | | | |
| 124 | CCTV and USCP Radio Montage | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 150 Series | **Radio Communications (USCP, USSS, or MPD)** | | | | |
| 150 | USSS radio runs with CCTV montage (House Committee) | | | | |
| 150C | USSS radio runs with CCTV montage (House Committee), with Annotated Circle | 2-28-2024 | 2-28-2024 | E. Glavey | |
| **Third-Party Footage** | | | | | |
| 200 Series | **Open-Source Video and Photos** | | | | |
| 201 | Former President Trump January 6 Rally Speech | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 202 | Sandy Bachom – Sparks at rally | ↓ | ↓ | ↓ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO RY (date & time) |
|---|---|---|---|---|---|
| 203 | *Reserved* | | | | |
| 204 | ProTrump – Loyd on West Front | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 205 | SCNR Screenrecording – West Front and scaffolding breach | | | | |
| 205C | SCNR Screenrecording – West Front and scaffolding breach, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 205CS | SCNR Screenrecording – West Front and scaffolding breach, with Annotated Circle, Slowed | ↓ | ↓ | ↓ | |
| 206 | ProPublica – Sparks outside scaffolding | | | | |
| 207 | Southcoast Reality TV – Sparks outside scaffolding | | | | |
| 207C | Southcoast Reality TV – Sparks outside scaffolding, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 208 | TLM – Sparks outside scaffolding | | | | |
| 209 | West front – Sparks outside scaffolding | | | | |
| 210 | Insurgence USA – Sparks in scaffolding, Senate wing door | | | | |
| 210C | Insurgence USA – Sparks in scaffolding, Senate wing door, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 211 | Getty Video 499 – Sparks in scaffolding | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F. I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO ...RY (date & time) |
|---|---|---|---|---|---|
| 211C | Getty Video 499 – Sparks in scaffolding, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 212 | *Reserved* | | | | |
| 213 | RMG News – Sparks in scaffolding | | | | |
| 213C | RMG News – Sparks in scaffolding, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 214 | West front – scaffolding breach | | | | |
| 214C | West front – scaffolding breach, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 215 | Getty Video 610 – Sparks in scaffolding | | | | |
| 215C | Getty Video 610 – Sparks in scaffolding, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 216 | Emily Molli – Officers on NW stairs | ↓ | ↓ | E. Goodman | |
| 217 | Photo – Sparks waving on NW stairs | 2-28-2024 | 2-28-2024 | A. Chow | |
| 218 | Upper West Terrace – breach | | | | |
| 218C | Upper West Terrace – breach, with Annotated Circle | | | | |
| 219 | BG on the scene – Sparks entering SWD | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO RY (date & time) |
|---|---|---|---|---|---|
| 219C | BG on the scene – Sparks entering SWD, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 220 | IMG_1577 – Outside SWD | ↓ | ↓ | V. Nichols | |
| 221 | 2nd floor video of rioters entering SWD | | | | |
| 221C | 2nd floor video of rioters entering SWD, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 221CS | 2nd floor video of rioters entering SWD, with Annotated Circle, Slowed | ↓ | ↓ | ↓ | |
| 222 | Photo – Sparks sprayed entering through SWD window | 2-28-2024 | 2-28-2024 | V. Nichols | |
| 223 | Parler - Howe kicking SWD | | | | |
| 224 | IMG_1578 – Breach of SWD | | | | |
| 224 | IMG_1578 – Breach of SWD, with Annotated Circle | | | | |
| 225 | Uirf – SWD breach to interior stairs | | | | |
| 225C | Uirf – SWD breach to interior stairs, with Annotated Circle | 2-28-2024 | 2-28-2024 | V. Nichols | |
| 226 | 8iUlGlF – interior stairs from 3rd floor | | | | |
| 226C | 8iUlGlF – interior stairs from 3rd floor, with Annotated Circle | 2-28-2024 | 2-28-2024 | E. Goodman | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 227 | Jan6attack – interior stairs from 3rd floor | | | | |
| 228 | Igor Bobic – Sparks in OCC (with subtitles) | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 228C | Igor Bobic – Sparks in OCC (with subtitles), with Annotated Circle | ↓ | ↓ | ↓ | |
| 229 | NYT – Sparks in OCC | | | | |
| 229C | NYT – Sparks in OCC, with Annotated Circle | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 230 | Photo – Sparks and Goodman | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 231 | Reuters photo – Goodman and Sparks | 2-28-2024 | 2-28-2024 | E. Goodman | |
| 232 | Photo – Sparks and Goodman 2 | | | | |
| 233 | Photo – Sparks confronting Goodman and other officers | ↓ | ↓ | ↓ | |
| 234 | We are mad – Sparks in Ohio Clock Corridor | | | | |
| 234C | We are mad – Sparks in Ohio Clock Corridor, with Annotated Circle | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 235 | Ronhaviv – Sparks in OCC (with subtitles) | | | | |
| 235C | Ronhaviv – Sparks in OCC (with subtitles), with Annotated Circle | 2-28-2024 | 2-28-2024 | E. Goodman | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 236 | Photo – Sparks in Ohio Clock Corridor | 2-28-2024 | 2-28-2024 | E. Goodman | |
| 237 | Photo – Sparks in Ohio Clock Corridor | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 238 | Photo – Sparks in Ohio Clock Corridor | ↓ | ↓ | ↓ | |
| 239 | Photo – Sparks in background in Ohio Clock Corridor | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 240 | Photo – Sparks in background in Ohio Clock Corridor fire extinguisher | ↓ | ↓ | ↓ | |
| 241 | Bison Wizard – Sparks in Ohio Clock Corridor fire extinguisher | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 242 | Nolan Kidd – Sparks in Ohio Clock Corridor post fire extinguisher | | | | |
| 242C | Nolan Kidd – Sparks in Ohio Clock Corridor post fire extinguisher, with Annotated Circle | 2-28-2024 | 2-28-2024 | E. Goodman | |
| 243 | Checkpoint Asia – Sparks exiting SWD window | | | | |
| 243C | Checkpoint Asia – Sparks exiting SWD window, with Annotated Circle | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 244 | uWqE – Sparks outside Capitol | | | | |
| 244C | uWqE – Sparks outside Capitol, with Annotated Circle | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 245 | The Allen Report 1 – Sparks outside Capitol | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 245C | The Allen Report 1 – Sparks outside Capitol, with Annotated Circle | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 246 | William Turton – Sparks outside Capitol | | | | |
| 247 | The Allen Report 2 – Sparks outside Capitol | | | | |
| 248 | cody.ryan – Sparks outside Capitol | | | | |
| 249 | cali.davis – Sparks outside Capitol | | | | |
| 250 | MDPatriot – Sparks outside Capitol | | | | |
| 251 | MrDanielDd – Sparks outside Capitol | | | | |
| 252 | moral_upheaval – Sparks outside Capitol | | | | |
| 253 | UWT afternoon – Sparks outside Capitol | | | | |
| 254 | NancyNaTv – Sparks outside Capitol | | | | |
| 255 | 7iB22C7 – Sparks outside Capitol | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 256 | *Reserved* | | | | |
| 257 | Photo – East Front Officers | 2-28-2024 | 2-28-2024 | V. Nichols | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F. I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO RY (date & time) |
|---|---|---|---|---|---|
| 258 | Photo – Sparks in Ohio Clock Corridor | | | | |
| 259 | Officers on West Front and on Scaffolding | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 260 | *Reserved* | | | | |
| 261 | NYT Day of Rage 1 -- Officers on West Front | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 262 | NYT Day of Rage 2 -- Under Scaffolding and Goodman | | | | |
| 262C | NYT Day of Rage 2 -- Under Scaffolding and Goodman, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 263 | News USA – Howe Sparks on National Mall (with subtitles) | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 264 | Adams Connelly NW Stair Rush | | | | |
| 264C | Adams Connelly NW Stair Rush, with Annotated Circle | 2-28-2024 | 2-28-2024 | A. Chow | |
| 265 | Adams Connelly SWD Breach | | | | |
| 266 | Quested – Howe Inside Capitol | 2-29-2024 | 2-29-2024 | K. Hennessey | |

**Sparks's Social Media**

| 300 Series | Sparks's Facebook | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 301 | Sparks Facebook screenshot | 2-27-2024 | 2-27-2024 | S Nestoryak | |
| 302 | Facebook 902(11) Certificate | | | | |
| 303 | Sparks Facebook subscriber records | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 304 | 11/3 - 4/2020 Comments - Trump will be your president | ↓ | ↓ | ↓ | |
| 305 | 11/4/2020 Posts - mail ballets & impeachment collusion | | | | |
| 306 | 11/5/2020 Posts - found votes from one county | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 307 | 11/6 - 7/2020 Comments - burn down cities & came to arms | | | | |
| 308 | 11/8/2020 Post - let us know if we need bear arms | | | | |
| 309 | 11/8/2020 Post - moving to Parlor | | | | |
| 310 | 11/9/2020 Post - be ready to defend your land | | | | |
| 311 | 11/11/2020 Post - I'm on parler now | | | | |
| 312 | 11/17/2020 Post - It's going to get ugly/touch away from Socialism | | | | |
| 313 | 12/3/2020 Post - Examiner article re thousands of fraudulent votes | ↓ | ↓ | ↓ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO ___RY (date & time) |
|---|---|---|---|---|---|
| 314 | 12/5/2020 Comment - I hope we're getting fed up | | | | |
| 315 | 12/11/2020 Post - This is my governor | | | | |
| 316 | 12/11/2020 Post - Forbes article re support for lawsuit | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 317 | 12/12/2020 Comments - Civil unrest & Trump will be president | | | | |
| 318 | 12/13/2020 Posts - We were there it was awesome | | | | |
| 319 | 12/14/2020 Post and Photo album - Great weekend | | | | |
| 320 | 12/14/2020 Post and Photo album - Trump 2020 weekend | | | | |
| 321 | 12/15 - 16/2020 Posts - We need to stand up/be ready to defend | | | | |
| 322 | 12/17/2020 Post - Epoch Times article re impound voting machines | | | | |
| 323 | 12/20/2020 Post - Drag these clowns out of office | | | | |
| 324 | 12/20/2020 Post - Gaetz plans to challenge electoral college on Jan 6 | | | | |
| 324A | Gaetz article 12/20/2020 | | | | |
| 325 | 12/24/2020 Post - We the people drag you out by your face | 2-27-2024 | 2-27-2024 | S. Nestoryak | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F.   I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO   RY (date & time) |
|---|---|---|---|---|---|
| 326 | 12/30/2020 Post - Hawley is an American warrior | | | | |
| 327 | 12/30/2020 Comment - Biden has not a small chance | | | | |
| 328 | 12/31/2020 Post - So grateful he's going to be my president | 2-27-2024 | 2-27-2024 | S Nestoryak | |
| 329 | 1/1/2021 Post - Meet us in DC and work it out all in one day | | | | |
| 330 | 1/1/2021 Post - Article re Romney ….. his words mean nothing | | | | |
| 331 | 1/1/2021 Post - Spanish Word of the Day: Senor Trump | 2-27-2024 | 2-27-2024 | S Nestoryak | |
| 332 | 1/2/2021 Post - Article re constitutional path to victory on Jan 6 | ↓ | ↓ | ↓ | |
| 332A | Western Journal 1/2/2021 article | | | | |
| 333 | 1/2/2021 Comment - I believe in the constitution so I'll die fir it | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 334 | 1/3/2021 Post - Joe Howe needs your support for GoFundMe | | | | |
| 335 | 1/3/2021 Comment - It's time to drag them out of Congress | ↓ | ↓ | ↓ | |
| 336 | 1/7/2021 Post - A new dawn is coming | 2-28-2024 | 2-28-2024 | K. Hennessey | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 337 | 1/9/2021 Post - Capitol Police let protestors into the building | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 338 | 1/9/2021 Post - I have give up on democracy | | | | |
| 339 | 1/9/2021 Post - One last thing before I sign off | | | | |
| 340 | 1/11/2021 Chat with Connie G. - I would do it again | ↓ | ↓ | ↓ | |
| 341 | 1/12/2021 Comment - Trump isn't going anywhere | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 342 | 1/14/2021 Chat with Connie G. - Hangem high | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 343 | 1/14/2021 Chat with Philip H. - Biden going to shooting squad | | | | |
| 344 | 1/16/2021 Comments - Biden will be found guilty of treason | | | | |
| 345 | 1/17/2021 Comment - It's going to get ugly | ↓ | ↓ | ↓ | |
| **380 Series** | **Sparks's Parler** | | | | |
| 381 | Parler 902(11) Certificate | | | | |
| 382 | Parler Search Methodology | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 383 | Sparks Parler Posts and Activity - consolidated | ↓ | ↓ | ↓ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **Sparks's Cell Phone** | | | | | |
| **400 Series** | **Sparks's Phone – iPhone 11 pro max- January 24, 2021** | | | | |
| 401 | Consent to search form - iPhone 11 pro max | | | | |
| 402 | RCFL Process Report | | | | |
| 403 | 902(14) Certificate of Authenticity | | | | |
| 404 | Photos from 12-12-2020 - 12:18 pm | | | | |
| 405 | Photos from 12-12-2020 - 12:24 pm (1) | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 406 | Photos from 12-12-2020 - 12:24 pm (2) | | | | |
| 407 | Photos from 12-12-2020 - 1:40 pm (Howe) | | | | |
| 408 | Photos from 12-12-2020 - 1:40 pm (Sparks) | ↓ | ↓ | ↓ | |
| 409 | Photos from 12-12-2020 - 2:35 pm | | | | |
| 410 | Photos from 12-12-2020 - 2:55 pm | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 411 | Video from 12-12-2020 - 2:55 pm - Mike Lindell speech | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 412 | Photos from 12-12-2020 - 7:42 pm | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 413 | Photos from 12-12-2020 - 9:19 pm | | | | |
| 414 | 2021-01-04 - Texts with Courtney H. | | | | |
| 415 | 2021-01-05 to 15 - Texts with Mom | | | | |
| 416 | Photos from 1-6-2021 - 9:53 am | | | | |
| 417 | Photos from 1-6-2021 - 10:25 am | | | | |
| 418 | Photos from 1-6-2021 - 11:58 am | | | | |
| 419 | Video from 1-6-2021 -11:58 am - USA near Ellipse | | | | |
| 420 | Photos from 1-6-2021 - National Mall toward Capitol | ↓ | ↓ | ↓ | |
| 421 | 2021-01-07 - Texts with Nathan M. | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 422 | Sparks Cell - search history | | | | |
| 423 | 2021-01-11 - Texts with Clinton | | | | |
| 424 | 2021-01-11 - Texts with Tony C. | ↓ | ↓ | ↓ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO RY (date & time) |
|---|---|---|---|---|---|
| 425 | 2021-01-18 - Texts with Amanda Sparks | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 426 | 2021-01-23 - Texts with Travis K. | | | | |
| 427 | Sparks Cell - summary of texts with JoJo | | | | |
| **Sparks Search and Statements** | | | | | |
| **500 Series** | **Sparks's Home Search – January 19, 2021** | | | | |
| 501 | Magellan outdoor hat with orange lining (1B1) | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 502 | Photo of Magellan outdoor hat | | | | |
| 503 | Mechanix gloves (1BXX) | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 504 | Photo of Mechanix gloves | | | | |
| 505 | iPhone 11 Pro Max model MWH42LL/A | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| **510 Series** | **Sparks's statements to FBI or MPD** | | | | |
| 511 | Sparks Jan. 7 call to MPD Officer Victor Roselli | | | | |
| 512 | MPD Photo of Michael Sparks | 2-27-2024 | 2-27-2024 | S. Nestoryak | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **Sparks's Purchases** | | | | | |
| **600 Series** | **Sparks's Purchases** | | | | |
| 600 | Capital One 902(11) Certificate | | | | |
| 601 | Capital One account opening information | | | | |
| 602 | Capital One December - January statement | | | | |
| 603 | Capital One January - February statement | | | | |
| 604 | Kentucky Gun Co 902(11) Certificate | | | | |
| 605 | Kentucky Gun Co Receipt 1-2-2021 | | | | |
| 606 | Kentucky Gun Co Firearms Transaction Record | | | | |
| 607 | Woods Armory 902(11) Certificate | | | | |
| 608 | Woods Armory text from Sparks | | | | |
| 609 | Woods Armory Receipt - 1-10-2021 | | | | |
| 610 | Woods Armory Firearms Transaction Record | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 611 | 64 FV-SR Savage Arms | | | | |
| **Joseph Howe Records** | | | | | |
| **700 Series** | **Howe's GoFundMe** | | | | |
| 701 | Howe's GoFundMe solicitation | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 702 | Howe GoFundMe 902(11) certification | | | | |
| **710 Series** | **Howe's Cell Phone** | | | | |
| 711 | 902(14) Certificate of Authenticity | | | | |
| 712 | Calendar entry re Holiday Inn 12/12/2020 to 12/14/2020 | 2-27-2024 | 2-27-2024 | S. Nestoryak | |
| 713 | Text exchange with Sparks | | | | |
| 714 | *Reserved* | | | | |
| **720 Series** | **Howe's Search** | | | | |
| 721 | Plate carrier vest | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| 722 | Photo of plate carrier vest | ↓ | ↓ | ↓ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **Capitol Maps and Grounds** | | | | | |
| **800 Series** | **Capitol Maps & Grounds** | | | | |
| 801 | Overhead Map of Capitol Building | | | | |
| 802 | Overview Map of Restricted Area | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 803 | Diagram of Capitol Grounds | 2-28-2024 | 2-28-2024 | E. Goodman | |
| 804 | U.S. Capitol Floor plans - first floor | | | | |
| 805 | U.S. Capitol Floor plans - second floor | | | | |
| 806 | 3D Model west side | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 807 | 3D Model west approach | | | A. Chow | |
| 808 | 3D Model lower west plaza | | | | |
| 809 | 3D Model scaffolding entry | ↓ | ↓ | ↓ | |
| 810 | 3D Model inside scaffolding up | 2-28-2024 | 2-28-2024 | A. Chow | |
| 811 | 3D Model inside scaffolding high | ↓ | ↓ | ↓ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F.  I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO  RY (date & time) |
|---|---|---|---|---|---|
| 812 | 3D Model inside scaffolding down | 2-28-2024 | 2-28-2024 | A. Chow | |
| 813 | 3D Model NW Stair landing | ↓ | ↓ | E. Goodman | |
| 814 | 3D Model NW Stair breach point | 2-28-2024 | 2-28-2024 | A. Chow | |
| 815 | 3D Model NW Stair and UWT | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 815A | 3D Model NW Stair and UWT, Zoomed In | | | | |
| 816 | 3D Model Upper West Terrace | | | | |
| 817 | 3D Model Senate Wing Door overview | | | | |
| 818 | 3D Model SWD closeup | | | | |
| 830 Series | **January 6 Grounds Photos** | | | | |
| 831 | Capitol Photo with Signs | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 832 | Photo of Signs closeup | ↓ | ↓ | ↓ | |
| 850 | Area Closed sign | | | | |
| **Constitution, Statutes, and January 6 Records** | | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **900 Series** | **Congressional Records and Statutes** | | | | |
| 901 | U.S. Constitution – 12th Amd. | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 902 | 3 U.S. Code § 15 | | | | |
| 903 | 3 U.S. Code § 16 | | | | |
| 904 | 3 U.S. Code § 17 | | | | |
| 905 | 3 U.S. Code § 18 | | | | |
| 906 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | | | | |
| 907 | Senate Congressional Record, Jan. 6, 2021 | | | | |
| 908 | House Congressional Record, Jan. 6, 2021 | | | | |
| 909 | Screenshots from Senate Chamber | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 910 | Senate Recording Studio 902(11) certification | | | | |
| 911 | Screenshots from House chamber | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 912 | House Recording Studio 902(11) certification | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED F. I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO RY (date & time) |
|---|---|---|---|---|---|
| 913 | Video Montage – including Congressional Record | 2-28-2024 | 2-28-2024 | M. Gazelle | |
| 914 | Senate Floor video with bridge audio | ↓ | ↓ | ↓ | |
| **930 Series** | **Secret Service** | | | | |
| 931 | Secret Service Head of State Notification Worksheet | 2-28-2024 | 2-28-2024 | E. Glavey | |
| **940 Series** | **DC Operations** | | | | |
| 941 | Mayor Bowser curfew order | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| **950 Series** | **Safeway Operations** | | | | |
| 951 | Safeway email re store closure | 2-29-2024 | 2-29-2024 | K Hennessey | |
| 952 | Safeway mid-Atlantic Daily Sales report | ↓ | ↓ | ↓ | |
| 953 | Safeway shipments from PA to DC | ↓ | ↓ | ↓ | |
| 954 | Safeway 902(11) certification | | | | |
| | | | | | |
| | | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 820 | 2nd Floor Diagram | 2-27-2024 | 2-27-2024 | T. Loyd | |
| 210Z | | 2-28-2024 | 2-28-2024 | A. Chow | |
| 213Z | | ↓ | ↓ | ↓ | |
| 217C | | | | | |
| 224C | | 2-28-2024 | 2-28-2024 | V. Nichols | |
| 819 | | ↓ | ↓ | E. Glavey ↓ | |

820    Map

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 270 | Sparks Bulky Clothing Photo Compilation | 2-29-2024 | 2-29-2024 | K. Hennessey | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |